```
                                              FILED
                                            APR 2 8 2010
                                          RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR09-1147 CRB BZ |
| v. | STIPULATION TO SUBSTITUTE PROPERTY FOR POSTING |
| ROBERT BRUNET, | PROPERTY BOND |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the property at 117 Johnson Road, Liberty MO 64068-7712 may be posted in lieu of the property at 1201 8th Street, Monterey CA 93940, for the purpose of posting bail for defendant Robert Brunet in the case of United States v. Brunet, United States District Court for the Northern District of California No. CR 09-1147 MMC.  Every effort will be made to have the property posted before May 12, 2010.  If for some reason this cannot be accomplished, the parties will contact the court to add the matter to calendar.

IT IS SO STIPULATED.

/S/DANNY B. SCHULTZ                    /S/BARBARA BRENNAN SILANO
DANNY B. SCHULTZ                       BARBARA BRENNAN SILANO
Attorneys for Defendant                Assistant U.S. Attorney
ROBERT BRUNET                          Dated: April 28, 2010
Dated: April 28, 2010

1
2
3   IT IS SO ORDERED.

    Dated: 28 April 2010

                                    _____
                                    BERNARD ZIMMERMAN
                                    U.S.D.C. Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28